UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MIKE WILLIAMS MELENDEZ, | No. 2:19-cv-2225 DB P |
| Plaintiff, | |
| v. | ORDER |
| UNKNOWN, | |
| Defendant. | |

Plaintiff, a state prisoner at California Medical Facility, has filed a letter with the court stating that he is suicidal. (ECF No. 1). Specifically, he asserts that although his need for mental health treatment is serious, those needs have been ignored. As a result, he states that he intends to kill himself by hanging in order to make an example of himself with the hope that "no one else will suffer." (See id.).

This is plaintiff's first filing in this matter. An action has not been commenced via the filing of a complaint as required by Federal Rule of Civil Procedure 3, nor has plaintiff filed an application to proceed in forma pauperis or paid the required filing fee. See 28 U.S.C. §§ 1914(a), 1915(a). Nevertheless, given the seriousness of plaintiff's statements, the court will order service of this order and the letter on Supervising Deputy Attorney General Monica Anderson, who shall ensure that within twenty-four hours of receiving this order, plaintiff's letter

////

1

is forwarded to the appropriate mental health and correctional staff at the institution where plaintiff is incarcerated. No response to the letter will be required.

Accordingly, IT IS HEREBY ORDERED that:

1. The Clerk of Court is directed to serve a copy of this order and the letter docketed on November 4, 2019 (ECF No. 1), on Supervising Deputy Attorney General Monica Anderson, and

2. Within twenty-four hours of receiving this order, Supervising Deputy Attorney General Monica Anderson shall forward the letter docketed on November 4, 2019, to the appropriate mental health and correctional staff at the institution where plaintiff is incarcerated.

No response to the letter is required.

Dated: November 5, 2019

_____
DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DLB:13
DB/ORDERS/ORDERS.PRISONER.CIVIL RIGHTS/mele2225.nocompl.suicide