UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MIKE WILLIAMS MELENDEZ, | No. 2:19-cv-2225 DB P |
| Plaintiff, | |
| v. | ORDER AND FINDINGS AND RECOMMENDATIONS |
| UNKNOWN, | |
| Defendant. | |

On November 4, 2019, plaintiff, a state prisoner at California Medical Facility, filed a letter with the court indicating that he intended to commit suicide. ECF No. 1. At that time, no other pleadings were filed by the plaintiff.[1]

On December 5, 2019, having considered the possibility that plaintiff might have wished to file a complaint as well, the court directed plaintiff to file a complaint along with an application to proceed in forma pauperis. Plaintiff was given thirty days within which to do so. See ECF No. 7 at 2. At that time, plaintiff was cautioned that failure to file the documents within the period would result in a recommendation that this matter be dismissed. See id. at 2.

////

---

[1] In response to plaintiff's letter, on November 6, 2019, the court directed that the letter be served on Supervising Deputy Attorney General Monica Anderson, and that she forward plaintiff's letter to the appropriate mental health and correctional staff. See ECF No. 3.

1

More than thirty days have passed, and plaintiff has neither filed the requested documents nor responded to the court's order in any way. In order to commence an action, plaintiff must file a complaint as required by Rule 3 of the Federal Rules of Civil Procedure, and plaintiff must either pay the required filing fee or file an application requesting leave to proceed in forma pauperis. See 28 U.S.C. §§ 1914(a), 1915(a). Because plaintiff has not filed either document to date, the court presumes that he does not wish to take any action in this court.

Accordingly, IT IS HEREBY ORDERED that the Clerk of Court randomly assign a District Court Judge to this action.

IT IS FURTHER RECOMMENDED that this matter be DISMISSED without prejudice for failure to prosecute.

These findings and recommendations are submitted to the United States District Court Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l). Within fourteen days after being served with these findings and recommendations, plaintiff may file written objections with the court. Such a document should be captioned "Objections to Magistrate Judge's Findings and Recommendations." Plaintiff is advised that failure to file objections within the specified time may waive the right to appeal the District Court's order. Martinez v. Ylst, 951 F.2d 1153 (9th Cir. 1991).

Dated: January 20, 2020

DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DB:13
DB/ORDERS/ORDERS.PRISONER.CIVIL RIGHTS/mele2225.nocompl.of&r