UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MIKE WILLIAMS MELENDEZ,<br><br>  Plaintiff,<br><br>  v.<br><br>UNKNOWN,<br><br>  Defendants. | No. 2:19-cv-2225 MCE DB P<br><br>ORDER |

Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On January 21, 2020, the magistrate judge issued findings and recommendations herein which were served on plaintiff and which contained notice to plaintiff that any objections to the findings and recommendations were to be filed within fourteen days. ECF No. 8. Plaintiff has not filed objections to the findings and recommendations.

The Court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis. Accordingly, IT IS HEREBY ORDERED that:

////

////

1. The findings and recommendations issued January 21, 2020 (ECF No. 8) are ADOPTED in full, and

2. This matter is DISMISSED without prejudice for failure to prosecute; and

3. The Clerk of the Court is directed to close the case.

IT IS SO ORDERED.

Dated: February 13, 2020

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE